UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61378-GOLD

WENRICK MCKENZIE, individually
and on behalf of others similarly situated,

      Plaintiff,

v.

LINDSTROM AIR CONDITIONING, INC.
a foreign corporation; JEFFREY LINDSTROM,
individually; and DOUGLAS LINDSTROM,
individually,

      Defendants.

_____/

## STATEMENT OF CLAIM

Opt-In Plaintiff, STEVE MARTIN, by and through his undersigned counsel and pursuant to the Federal Rules of Civil Procedure, Local Rules for the Southern District of Florida, and the Court's September 15, 2008 Order, hereby submits his Statement of Claim and states:

The Statement of Claim is a preliminary estimate of the back wages owed to Plaintiff and is based upon the information presently known to Plaintiff, and without the benefit of discovery. Plaintiff reserves the right to amend his Statement of Claim based upon additional information.

Steve Martin worked overtime hours for Defendants as an installer and service technician from approximately October 2006 to December 2007, or 60 weeks within the three years limitations period.

During that time, assuming Steve Martin worked as a technician and earned regular wages on average of $1,200.00 per week and averaged 60 hours of work per week, his overtime damages would be computed as a regular rate of $20.00 per hour for which half-time would be

$10 per hour x 20 hours of overtime on average = $200.00 per week. Assuming 30 such weeks were in the capacity of a service technician, Plaintiff is owed $6,000.00 for service technician claim.

These amounts are exclusive of liquidated damages and attorney's fees and costs.

Dated: February 9, 2009                          Respectfully Submitted,
       Boca Raton, Florida

                                                 **s/GREGG I. SHAVITZ**
                                                 Gregg I. Shavitz
                                                 Florida Bar No. 001398
                                                 E-mail: gshavitz@shavitzlaw.com
                                                 SHAVITZ LAW GROUP, P.A.
                                                 1515 South Federal Hwy, Suite 404
                                                 Boca Raton, Florida 33432
                                                 Telephone: 561-447-8888
                                                 Facsimile: 561-447-8831
                                                 Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on **February 9, 2009**. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                                 **s/GREGG I. SHAVITZ**
                                                 Gregg I. Shavitz

## <u>SERVICE LIST</u>
**Wenrick McKenzie v. Lindstrom Air Conditioning, Inc.**
**CASE NO. 08-61378-CIV-GOLD/McALILEY**
**United States District Court for the Southern District of Florida**

Clifford A. Wolff, Esq.
Law Offfices of Clifford A. Wolff
E-mail: cwolff@wolfflawfirm.com
P. O. Box 11421
Fort Lauderdale, FL 33339
Tel: 954-599-9653
Fax: 954-827-8300
Attorneys for Defendant, Lindstrom Air Conditioning, Inc.