UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61378-GOLD

WENRICK MCKENZIE, individually
and on behalf of others similarly situated,

    Plaintiff,

v.

LINDSTROM AIR CONDITIONING, INC.
a foreign corporation; JEFFREY LINDSTROM,
individually; and DOUGLAS LINDSTROM,
individually,

    Defendants.
_____/

## STATEMENT OF CLAIM

Opt-In Plaintiff, ROBIN FORBES, by and through his undersigned counsel and pursuant to the Federal Rules of Civil Procedure, Local Rules for the Southern District of Florida, and the Court's September 15, 2008 Order, hereby submits his Statement of Claim and states:

The Statement of Claim is a preliminary estimate of the back wages owed to Plaintiff and is based upon the information presently known to Plaintiff, and without the benefit of discovery. The plaintiff has served discovery requests on the defendants. However, the responses to them are not due until March 27, 2009. Plaintiff reserves the right to amend his Statement of Claim based upon additional information.

Robin Forbes worked overtime hours for Defendants as an installer and service technician from approximately March 2006 to April 2008, or 108 weeks within the three years limitations period. Mr. Forbes regularly worked between 55 and 75 hours per week, and earned $1,000.00 per week on average. Assuming Mr. Forbes worked as a technician in half of the

weeks of his employment, or 54 weeks, his overtime wages would be computed at a regular rate of $16.67 per hour for which half-time would be $8.33 per hour x 15 hours of overtime (the low-end of his estimated overtime worked) = $124.95 per week.  Consequently, Mr. Forbes is owed $6,747.30.  For the purposes of this statement if claim, the plaintiff will reduce his unpaid overtime claim by 20% to $5,397.84 to account for holiday weeks in which employees typically do not work overtime and for which the plaintiff may not have worked over 40 hours.

These amounts are exclusive of liquidated damages and attorney's fees and costs.

Dated: March 16, 2009
       Boca Raton, Florida

Respectfully Submitted,

**s/CAMAR R. JONES**
Gregg I. Shavitz
Florida Bar No. 001398
E-mail: gshavitz@shavitzlaw.com
Camar R. Jones
Florida Bar No. 720291
E-mail: cjones@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
1515 South Federal Hwy, Suite 404
Boca Raton, Florida 33432
Telephone: 561-447-8888
Facsimile: 561-447-8831
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on **March 16, 2009**. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

**s/CAMAR R. JONES**
Camar R. Jones

## SERVICE LIST
**Wenrick McKenzie v. Lindstrom Air Conditioning, Inc.**
**CASE NO. 08-61378-CIV-GOLD/McALILEY**
**United States District Court for the Southern District of Florida**

Clifford A. Wolff, Esq.
Law Offfices of Clifford A. Wolff
E-mail: cwolff@wolfflawfirm.com
P. O. Box 11421
Fort Lauderdale, FL 33339
Tel: 954-599-9653
Fax: 954-827-8300
Attorneys for Defendant, Lindstrom Air Conditioning, Inc.